IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.H.
~~~~~~~~~~, by his parents and next     *
friends, TIMOTHY and BARBARA HAYES
Plaintiffs,                              *

v.                                       *    Civil Action No.

CAPE HENLOPEN SCHOOL DISTRICT            *
et al.,
                                         *

Defendants                               *
**********************************************

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wayne D. Steedman, Esq. to represent the Plaintiffs in this matter.

Respectfully submitted,

Bruce L. Hudson, Esq., Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850
Date: 4/5/07

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____     _____
Date                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and of the U.S. District Court for the District of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

4/4/07                                                        [signature]
Date                                                          Wayne D. Steedman, Federal Bar No. 09474
                                                              Callegary & Steedman, P.A.
                                                              301 N. Charles Street, Suite 600
                                                              Baltimore, Maryland 21201
                                                              410-576-7606