IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.H., by his parents and next Friends,   )
TIMOTHY and BARBARA HAYES,   )
   )
       Plaintiffs,   )
   )
  v.   ) Civil Action No. 1:07-cv-00193 UNA
   )
CAPE HENLOPEN SCHOOL DISTRICT, )
et al.,   )
       Defendants.   )

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorney for Defendants,

Cape Henlopen School District and George E. Stone (Officially), Superintendent of Schools,

Cape Henlopen School District.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael P. Stafford*
Michael P. Stafford, Esquire (I.D. No. 4461)
Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6553; (302) 571-6666
Facsimile: (302) 576-3470; (302) 571-3345
Email: mstafford@ycst.com; bwilloughby@ycst.com
Attorney for Defendants, Cape Henlopen School District and
George E. Stone (Officially), Superintendent of Schools, Cape
Henlopen School District

Dated: April 19, 2007