## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. H., | : |
|            Plaintiff, | : |
| v. | :   C. A. No. 07-193-*** |
| THE CAPE HENLOPEN SCHOOL DISTRICT, et al., | : |
|            Defendants. | : |

## ORDER

At Wilmington this **7th** day of **August, 2007**.

IT IS ORDERED that the transcript of the August 7, 2007 teleconference and the instructions by the Court during that teleconference shall serve as the Order of the Court.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, August 15, 2007 at 8:30 a.m.** to discuss consent, mediation and completion of the scheduling order, including whether case dispositive motions should be filed. **Jennifer Kline, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE