

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>KENT COUNTY<br>102 WEST WATER STREET<br>DOVER, DE 19904 | CRIMINAL DIVISION (302) 739-4211<br>FAX (302) 739-6727<br>CIVIL DIVISION (302) 739-7641<br>FAX (302) 739-7652<br>TTY (302) 739-1545 |

August 15, 2007

Civil Division/Kent County (739-7641)

By E-File

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:   *Hayes v. the Cape Henlopen School District, the Department of Education et al.*

Dear Magistrate Thynge:

      Enclosed please find the parties' Stipulation and Order to permit the Department of Education to file the administrative record under seal as discussed during our August 7th teleconference. Thank you for your courtesy and consideration.

      Respectfully,

      *Jennifer Kline*

      Jennifer L. Kline

Enclosures
cc:   Wayne Steedman, Esquire (w/ enclosure)
       Michael Stafford, Esquire (w/ enclosure)
       Bruce Hudson, Esquire (w/ enclosure)