IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| Plaintiff, | : | C.A. No. 07-193 |
| v. | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : | |
| Defendants. | : | |

**STIPULATION AND ORDER
TO FILE ADMINISTRATIVE RECORD UNDER SEAL**

NOW COME the parties, by and through their counsel of record, and stipulate as follows:

1. This case involves an action for judicial review of an administrative panel decision pursuant to 20 U.S.C. § 1415(i)(2)(A) of the Individuals With Disabilities Education Act. The action concerns the educational rights of a minor child with a disability.

2. In any action brought under 20 U.S.C. § 1415(i)(2)(C), the Court: (i) shall receive the records of the administrative proceedings; (ii) shall hear additional evidence at the request of a party; and (iii) basing its decision on the preponderance of the evidence, shall grant such relief as the Court determines is appropriate.

3. The Delaware Department of Education, as the state educational agency, maintains the administrative record and is responsible for filing it with the Court.

4. Most of the administrative record includes personally identifiable information

related to Plaintiff, C.H., and is protected from disclosure by the Family Education Rights to Privacy Act, 20 U.S.C. § 1232(g), 34 C.F.R. Part 99, and Delaware Department of Education regulations, 14 DE Admin Code § 251.

5. As a result, the parties stipulate and agree the administrative record shall be filed with the Court under seal.

| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Michael Stafford | /s/ Jennifer L. Kline |
| Barry M. Willoughby, Esquire (No. 1016)<br>Michael Stafford, Esquire (No. 4461)<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19899<br>Phone: (302) 571-6553<br>bwilloughby@ycst.com<br>mstafford@ycsthcom<br>Attorneys for the Cape Henlopen School District and Dr. George E. Stone | Jennifer L. Kline, Esquire (No. 4075)<br>102 West Water Street<br>Dover, DE 19901<br>Phone: (302) 739-7641<br>Jennifer.Kline@state.de.us<br>Attorneys for the Delaware Department of Education, and Secretary of Education, Valerie A. Woodruff |
| CALLEGARY & STEEDMAN, P.A. | LAW OFFICE OF BRUCE HUDSON |
| /s/ Wayne D. Steedman | /s/ Bruce L. Hudson |
| Wayne D. Steedman, Esquire<br>301 N. Charles Street Suite 600<br>Baltimore, MD 21201<br>Phone: (410) 576-7606<br>wayne@callegarysteedman.com<br>Attorneys for Plaintiff, C.H. | Bruce L. Hudson, Esquire (Bar ID 1003)<br>800 King Street, Suite 302<br>Wilmington, DE 19801-3544<br>Phone: (302) 656-9850<br>delaw3@aol.com<br>Delaware Local Counsel for Plaintiff, C.H. |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE