IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL | : | |
| DISTRICT, GEORGE E. STONE, | : | |
| THE DELAWARE DEPARTMENT OF | : | |
| EDUCATION, and SECRETARY | : | |
| VALERIE A. WOODRUFF, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Jennifer L. Kline, hereby certify that on August 20, 2007, I caused a true and correct copy of the Rule 26(a)(1) Initial Disclosures of the Delaware Department of Education and Valerie A. Woodruff, Secretary of Education to be served upon the following counsel of record:

BY FACSIMILE AND MAIL:

Bruce L. Hudson, Esquire
Law Office of Bruce Hudson
800 King Street, Suite 302
Wilmington, DE 19801

Wayne Steedman, Esquire
Callegary & Steedman, P.A.
301 N. Charles Street, Suite 600
Baltimore, MD 21201

Michael Stafford, Esquire
Young, Conaway, Stargatt & Taylor LLP
1000 West Street
17th Floor
Wilmington, DE 19899

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Jennifer L. Kline*
_____
Jennifer L. Kline (#4075)
Deputy Attorney General
102 W. Water Street
Dover, DE 19904
(302) 739-7641
Attorney for Secretary Woodruff and
Delaware Department of Education

Dated: August 20, 2007