IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
|         Plaintiff, | : | C.A. No. 07-193 |
| v. | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : | |
|         Defendants. | : | |

**CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | DEPARTMENT OF JUSTICE |
| /s/ Michael Stafford | /s/ Jennifer L. Kline |
| Barry M. Willoughby, Esquire (No. 1016)<br>Michael Stafford, Esquire (No. 4461)<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19899<br>Phone: (302) 571-6553<br>bwilloughby@ycst.com<br>mstafford@ycsthcom<br>Attorneys for the Cape Henlopen School District and Dr. George E. Stone | Jennifer L. Kline, Esquire (No. 4075)<br>102 West Water Street<br>Dover, DE 19901<br>Phone: (302) 739-7641<br>Jennifer.Kline@state.de.us<br>Attorneys for the Delaware Department of Education, and Secretary of Education, Valerie A. Woodruff |

| | |
|---|---|
| CALLEGARY & STEEDMAN, P.A. | LAW OFFICE OF BRUCE HUDSON |
| /s/ Wayne D. Steedman | /s/ Bruce L. Hudson |
| Wayne D. Steedman, Esquire<br>301 N. Charles Street Suite 600<br>Baltimore, MD 21201<br>Phone: (410) 576-7606<br>wayne@callegarysteedman.com<br>Attorneys for Plaintiff, C.H. | Bruce L. Hudson, Esquire (Bar ID 1003)<br>800 King Street, Suite 302<br>Wilmington, DE 19801-3544<br>Phone: (302) 656-9850<br>delaw@brucehudsonlaw.com<br>Delaware Local Counsel for Plaintiff, C.H. |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
JUDGE