IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 (MPT) |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : : : : : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

I, Michael P. Stafford, Esquire, hereby certify that on August 22, 2007, I caused a true and correct copy of **Defendants' Initial Disclosures** to be served upon the following counsel of record:

**BY EMAIL AND UNITED STATES MAIL**

| | | |
|---|---|---|
| Bruce L. Hudson, Esquire | Wayne Steedman, Esquire | Jennifer L. Kline, Esquire |
| Law Offices of Bruce Hudson | Callegary & Steedman, P.A. | Deputy Attorney General |
| 800 King Street, Suite 302 | 301 N. Charles Street, Suite 600 | 102 West Water Street |
| Wilmington, DE 19801 | Baltimore, MD 21201 | Dover, Delaware 19904 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email: mstafford@ycst.com
*Attorneys for the Cape Henlopen School District and George E. Stone*