IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : : : : : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2007, I caused a true and correct copy of Plaintiff's Initial Disclosures to be served upon the following counsel of record by facsimile and first-class mail:

Jennifer L. Kline, Esq.
Deputy Attorney General
102 West Water Street
Dover, Delaware 19904

Michael Stafford, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19899

Dated: August 28, 2007                              Respectfully Submitted,


                                                                  _/s/ Wayne D. Steedman_____
                                                                   Wayne D. Steedman
                                                                   Callegary & Steedman, P.A.
                                                                   301 N. Charles Street, Suite 600

Baltimore, MD 21201
410-576-7606
Attorney for Plaintiff, C.H.


_/s/ Bruce L. Hudson_
Bruce L. Hudson (Bar ID 1003)
800 King Street, Suite 302
Wilmington, DE 19801
302-656-9850
Delaware Local Counsel for Plaintiff, C.H.