IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.H.,                                               : | |
|                                                     : | |
|     Plaintiff,                                      : | C.A. No. 07-193 |
|                                                     : | |
| v.                                                  : | |
|                                                     : | |
| THE CAPE HENLOPEN SCHOOL                            : | |
| DISTRICT, GEORGE E. STONE,                          : | |
| THE DELAWARE DEPARTMENT OF                          : | |
| EDUCATION, and SECRETARY                            : | |
| VALERIE A. WOODRUFF,                                : | |
|                                                     : | |
|     Defendants.                                     : | |

ADMINISTRATIVE RECORD
OF PROCEEDINGS BEFORE A SPECIAL EDUCATION
DUE PROCESS PANEL

**CONFIDENTIAL - FILED UNDER SEAL
PURSUANT TO ORDER OF THE COURT**

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Jennifer L. Kline*
_____
Jennifer L. Kline (#4075)
Deputy Attorney General
102 W. Water Street
Dover, DE 19904
(302) 739-7641
Attorney for Secretary Woodruff and
Delaware Department of Education

Date:  August 24, 2007