

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
KENT COUNTY
102 WEST WATER STREET
DOVER, DE 19904

CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727
CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
TTY (302) 739-1545

August 24, 2007

Civil Division/Kent County (739-7641)

**By Mail**

Mr. Peter T. Dalleo
Clerk, U.S. District Court for
the District Court of Delaware
844 N. King Street
Wilmington, DE  19801

      RE:    *C.H. v. Cape Henlopen School District and the Department of Education, et al.*
             C.A. No 07-193

Dear Mr. Dalleo:

    I represent the Delaware Department of Education and Secretary Woodruff in the above-captioned matter. Enclosed please find the original and one copy of the administrative record of the proceedings before the special education due process panel. The Department of Education is filing the administrative record pursuant to 20 U.S.C. § 1415(i)(2)(C), and the Court's August 16, 2007 Order permitting the filing to be under seal. By copy of this letter, the Department is also providing the parties a copy of the administrative record by mail. Thank you.

                                  Very truly yours,

                                    Jennifer Kline
                                    Jennifer L. Kline

Enclosure
cc:    Wayne Steedman, Esquire (with enclosure by mail)
       Bruce Hudson, Esquire (w/ enclosure by mail)
       Michael Stafford, Esquire (with enclosure by mail)