IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., by his parents and next Friends, TIMOTHY and BARBARA HAYES, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:07-cv-00193 MPT |
| v. | ) ) | |
| CAPE HENLOPEN SCHOOL DISTRICT, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on October 12, 2007, I caused two true and correct copies of **Defendants' First Request for Production of Documents Directed to Plaintiff** and **Defendants' First Set of Interrogatories Directed to Plaintiff** to be served upon the following counsel of record:

BY FIRST CLASS MAIL

Bruce L. Hudson, Esquire
800 North King Street
Wilmington, Delaware  19801

BY FEDERAL EXPRESS

Wayne M. Steedman, Esquire
Callegary & Steedman, P.A.
301 N. Charles Street, Suite 600
Baltimore, MD 21201

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email:  mstafford@ycst.com
Attorneys for Cape Henlopen School District

October 15, 2007

Case 1:07-cv-00193-MPT    Document 23    Filed 10/15/2007    Page 2 of 2