IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.H., | : |
|        Plaintiff, | :    C.A. No. 07-193 MPT |
|      v. | : |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : |
|        Defendants. | : |

**INTERIM STATUS REPORT**

**I.**   **Nature of the Matters at Issue**

On April 5, 2007, Plaintiff filed this civil action against Defendants, the Cape Henlopen School District ("the District"), the District's Superintendent, George E. Stone, in his official capacity, the Delaware Department of Education, and Secretary of Education, Valerie A. Woodruff, in her official capacity.

Plaintiff seeks judicial review of an administrative special education due process panel's decision dated January 6, 2007 under the Individuals With Disabilities Education Act ("IDEA"). Plaintiff also alleges violations of Section 504 of the Rehabilitation Act of 1973, and 42 U.S.C. § 1983. The special education due process panel ruled in favor of Defendants and found no violation of the IDEA.

In general, Plaintiff alleges the Defendants failed to provide him with a free appropriate public education in violation of the IDEA. Defendants deny Plaintiff's allegations and contend

the administrative special education due process hearing panel's decision should be affirmed.

## II.    Progress of Discovery

The parties have exchanged Rule 26(a) disclosures.  On October 26, 2007, Delaware local counsel for Plaintiffs received Defendants' First Set of Interrogatories and Request for Production from counsel for Defendants.  Delaware local counsel forwarded those documents to counsel for Plaintiff, who is in the process of formulating and compiling, with his clients, responses to the discovery requests.  Defendants believe that discovery should be completed in a timely fashion, and that briefing on case dispositive motions should proceed as set forth in the Scheduling Order.

## III.    Settlement Discussions

On or about October 4, 2007, counsel for Plaintiff sent a letter to Defendants outlining Plaintiff's costs to date, and requested Defendants to make a settlement offer.  Defendants are in the process of formulating and sending a settlement offer to Plaintiff's counsel.


YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ Michael P. Stafford
Barry M. Willoughby, Esq. (No. 1016)
Michael P. Stafford, Esq. (No. 4461)
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19899
Phone: (302) 571-6553; (302) 571-6666
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for the Cape Henlopen School District and Dr. George E. Stone

DEPARTMENT OF JUSTICE

/s/ Jennifer L. Kline
Jennifer L. Kline, Esq. (No. 4075)
102 West Water Street
Dover, DE 19901
Phone: (302) 739-7641
Jennifer.Kline@state.de.us
Attorneys for the Delaware Department of Education, and Secretary of Education, Valerie A. Woodruff

| | |
|---|---|
| CALLEGARY & STEEDMAN, P.A. | LAW OFFICE OF BRUCE HUDSON |
| /s/ *Wayne D. Steedman* | /s/ *Bruce L. Hudson* |
| Wayne D. Steedman, Esq. | Bruce L. Hudson, Esq. (No. 1003) |
| 301 N. Charles Street Suite 600 | 800 King Street, Suite 302 |
| Baltimore, MD 21201 | Wilmington, DE 19801-3544 |
| Phone: (410) 576-7606 | Phone: (302) 656-9850 |
| wayne@callegarysteedman.com | delaw@brucehudsonlaw.com |
| Attorneys for Plaintiff, C.H. | Delaware Local Counsel for Plaintiff, C.H. |

Dated: October 30, 2007