IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.H., by his parents and next Friends,          *
TIMOTHY and BARBARA HAYES

                                          *

                      Plaintiffs,          *
            v.          *          C.A. No. 07-cv-00193-MPT
                                           *

CAPE HENLOPEN SCHOOL DISTRICT,          *
et al.,          *
                                           *

                    Defendants.          *
                                         *

## NOTICE OF SERVICE OF DOCUMENTS

I hereby certify that on November 21, 2007, I caused Plaintiff's Productions in Response

to Defendants' Requests for Production of Documents to be served on the following counsel of

record by facsimile and by first class mail, postage prepaid.

Michael P. Stafford, Esq.               Jennifer Kline, Esq.
Young, Conaway, Stargatt & Taylor, LLP   Attorney for the Delaware Department of Education
1000 West Street – 17th Floor          102 West Water Street
P.O. Box 391                         Dover, DE 19901
Wilmington, DE 19899

                                       Respectfully submitted,

Dated:  November 21, 2007         _____-S-_____
                                 Wayne D. Steedman, Esq. (No. 9474)
                                 Callegary and Steedman, P.A.
                                 201 North Charles Street, Suite 1402
                                 Baltimore, MD 21201
                                 Attorney for Plaintiff

                               /s/  Bruce L. Hudson____
                               Bruce L. Hudson, Esq. (No. 1003)
                               800 N. King Street, Suite 302
                               Wilmington, DE 19801
                               Attorney for Plaintiff