IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., by his parents and next Friends,<br>TIMOTHY and BARBARA HAYES | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | C.A. No. 07-cv-00193-MPT |
| | * | |
| CAPE HENLOPEN SCHOOL DISTRICT,<br>et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

## NOTICE OF SERVICE OF INTERROGATORIES

I hereby certify that on November 21, 2007, I caused Plaintiff's Answers to Defendants First Set of Interrogatories to be served on the following counsel of record by electronic mail (e-mail) and by first class mail, postage prepaid.

Michael P. Stafford, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, DE 19899

Jennifer Kline, Esq.
Attorney for the Delaware Department of Education
102 West Water Street
Dover, DE 19901

Respectfully submitted,

Dated: November 21, 2007

_____-S-_____
Wayne D. Steedman, Esq. (No. 9474)
Callegary and Steedman, P.A.
201 North Charles Street, Suite 1402
Baltimore, MD 21201
Attorney for Plaintiff

/s/ Bruce L. Hudson
Bruce L. Hudson, Esq. (No. 1003)
800 N. King Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff