IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 (MPT) |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : | |
| | : | |
| Defendants. | : | |

JOINT STIPULATION AND ORDER

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule for case dispositive motions set forth in the Scheduling Order shall be amended as follows:

1. All case dispositive motions shall be filed on or before December 5, 2007.
2. Opening briefs shall be filed by December 21, 2007.

The dates for filing the Answering and Reply briefs will not change at this time. Counsel for all parties certify that they have consulted with their respective clients about this request.

{*continued on next page*}

| CALLEGARY & STEEDMAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Wayne Steedman | /s/ Michael P. Stafford |
| Wayne Steedman, Esquire<br>201 North Charles Street, Suite 1402<br>Baltimore, MD 21201<br>Telephone: (410) 576-7606<br>wayne@callegarysteedman.com<br>Attorneys for Plaintiff C.H. | Barry M. Willoughby, Esquire (I.D. #1016)<br>Michael P. Stafford, Esquire (I.D. #4461)<br>The Brandywine Building<br>1000 West Street, 17th Floor, P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6666; (302) 571-6553<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Cape Henlopen School District and<br>Dr. George E. Stone |
| LAW OFFICE OF BRUCE HUDSON | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Bruce L. Hudson | /s/ Jennifer L. Kline |
| Bruce L. Hudson, Esq. (No. 1003)<br>800 N. King Street, Suite 302<br>Wilmington, DE 19801<br>Telephone: (302) 656-9850<br>delaw@brucehudsonlaw.com<br>Delaware Local Counsel for Plaintiff C.H. | Jennifer L. Kline, Esquire (No. 4075)<br>Deputy Attorney General<br>Civil Division- New Castle County<br>102 West Water Street<br>Dover, DE 19901<br>Telephone: (302) 739-7641<br>Jennifer.Kline@state.de.us<br>Attorneys for the Delaware Department of Education and Secretary Woodruff |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge