IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 (MPT) |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : : : : : | |
| | : | |
| Defendants. | : | |

## MOTION FOR SUMMARY JUDGMENT

Defendants, by and through the undersigned counsel, hereby move for entry of an Order granting them Summary Judgment on all Counts of Plaintiff's Complaint for the reasons more fully set forth in their Opening Brief to be filed with the Court on Friday, December 21, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael P. Stafford
Barry M. Willoughby, Esquire (I.D. #1016)
Michael P. Stafford, Esquire (I.D. #4461)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6553
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Cape Henlopen School District and
Dr. George E. Stone

{*continued on next page*}

        STATE OF DELAWARE DEPARTMENT OF JUSTICE

        /s/ Jennifer L. Kline
        _____
        Jennifer L. Kline, Esquire (No. 4075)
        Deputy Attorney General
        Civil Division- New Castle County
        102 West Water Street
        Dover, DE 19901
        Telephone: (302) 739-7641
        Jennifer.Kline@state.de.us
        Attorneys for the Delaware Department of Education and
        Secretary Woodruff

DATED: December 5, 2007