IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
|     Plaintiff, | : | C.A. No. 07-193 |
| v. | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : | |
|     Defendants. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearances of Mary L. Cooke and Paula A. Fontello, Deputy Attorneys General, in the above-captioned matter on behalf of Defendants, the Delaware Department of Education and Valerie A. Woodruff, Secretary of Education.

**DEPARTMENT OF JUSTICE**  
**STATE OF DELAWARE**

/s/ *Paula A. Fontello*  
Paula A. Fontello (#3732)  
Deputy Attorney General  
102 W. Water Street  
Dover, DE 19904  
(302) 739-7641  
Attorney for Secretary Woodruff and  
Delaware Department of Education  
Paula.Fontello@state.de.us

**DEPARTMENT OF JUSTICE**  
**STATE OF DELAWARE**

/s/ *Mary L. Cooke*  
Mary L. Cooke (#3441)  
Deputy Attorney General  
102 W. Water Street  
Dover, DE 19904  
(302) 739-7641  
Attorney for Secretary Woodruff and  
Delaware Department of Education  
Mary.Cooke@state.de.us