IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. H., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-cv-00193-MPT |
| : | |
| : | |
| THE CAPE HENLOPEN SCHOOL : | |
| DISTRICT, et al., : | |
| : | |
| Defendants. : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

The matter being before the Court on Plaintiffs' Motion for Summary Judgment, and in consideration of the Memorandum of Points and Authorities in Support thereof, and all responsive pleadings, it is this ____ day of _____, 200_, hereby:

**ORDERED** that the Hearing Decision and Order issued January 6, 2007, In the Matter of CH, DE DP 07-06, is hereby overturned; it is further

**ORDERED** that a finding be entered that the District denied FAPE to C.H. for the 2006-2007 school year, and that the Gow School offered an appropriate educational program to C.H.; it is further

**ORDERED** that Plaintiffs' requested relief, in the form of reimbursement and full payment of tuition to the Gow School for the 2006-2007 and 2007-2008 school years and repayment of room, board and all other expenses related to C.H.'s enrollment at the Gow School, is granted; and it is further

**ORDERED** that the Defendants reimburse Plaintiff for attorneys' fees and all other costs related to this litigation.

**SO ORDERED**.

                                                _____
                                                The Honorable MARY PAT THYNGE
                                                United States Magistrate Judge