IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL | : | |
| DISTRICT, GEORGE E. STONE, | : | |
| THE DELAWARE DEPARTMENT OF | : | |
| EDUCATION, and SECRETARY | : | |
| VALERIE A. WOODRUFF, | : | |
| | : | |
| Defendants. | : | |

ADMINISTRATIVE RECORD
OF PROCEEDINGS BEFORE A SPECIAL EDUCATION
DUE PROCESS PANEL
(OMITTED EXHIBITS SUPPLIED January 11, 2008)

**CONFIDENTIAL - FILED UNDER SEAL
PURSUANT TO ORDER OF THE COURT**

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Paula A. Fontello*
_____

Paula A. Fontello (#3732)
Deputy Attorney General
102 W. Water Street
Dover, DE 19904
(302) 739-7641
Attorney for Secretary Woodruff and
Delaware Department of Education

Date: January 11, 2008