

**DEPARTMENT OF JUSTICE**
KENT COUNTY
102 WEST WATER STREET
DOVER, DE 19904

CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727
CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
TTY (302) 739-1545

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

January 11, 2008



**By Mail**

Mr. Peter T. Dalleo
Clerk, U.S. District Court for
the District Court of Delaware
844 N. King Street
Wilmington, DE  19801

        *RE:*   *C.H. v. Cape Henlopen School District and the Department of Education, et al .*
              *C.A. No 07-193* мрт

Dear Mr. Dalleo:

      I represent the Delaware Department of Education and Secretary Woodruff in the above-captioned matter. On August 24, 2007, the administrative record of the proceedings before the special education due process panel was sent to the Court to be filed under seal. (See docket entries 21 & 22). The Department of Education filed the administrative record pursuant to 20 U.S.C. § 1415(i)(2)(C), and the Court's August 16, 2007 Order permitting the filing to be under seal.

      It has recently come to my attention that some of the exhibits from the administrative record were inadvertently omitted from the documents submitted. Enclosed please find the original and one copy of the exhibits for insertion in the administrative record. The exhibits included are Parent's Exhibit 25 (Tab 6) and School District's Exhibit V (Tab 7). By copy of this letter, the Department is also providing the parties copies of the omitted exhibits by mail. I apologize for any inconvenience this may have caused. Thank you.

                        Very truly yours,

                        Paula A. Fontello

Enclosures
cc:   Wayne Steedman, Esquire (with enclosure by mail)
      Bruce Hudson, Esquire (w/ enclosure by mail)
      Michael Stafford, Esquire (with enclosure by mail)