IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C. H., | : |
| | : |
|            Plaintiff, | : |
| | : |
|    v. | : C. A. No. 07-cv-00193-MPT |
| | : |
| | : |
| THE CAPE HENLOPEN SCHOOL | : |
| DISTRICT, et al., | : |
| | : |
|          Defendants. | : |

LETTER OF ERRATUM/AMENDMENT

In Docket Entry No. 32 for the above action, Plaintiff's Opening Brief in Support of His Motion for Summary Judgment, there is a typographical error on page 27.

In the section titled "Conclusion" on that page, the phrase "the Plaintiffs respectfully request that the Honorable Court reverse the ruling of the State Hearing Panel and enter judgment in favor of the Defendants'" should instead read "the Plaintiffs respectfully request that the Honorable Court reverse the ruling of the State Hearing Panel and enter judgment in favor of the Plaintiffs."

Please append this letter of correction.

RESPECTFULLY SUBMITTED,

 /s/ Wayne D. Steedman
Wayne D. Steedman, Esq.
Federal Bar No. 9474
Callegary & Steedman, P.A.
201 N. Charles St., Suite 1402
Baltimore, MD 21201
(410) 576-7606
wayne@callegarysteedman.com
Attorney for Plaintiffs

 /s/ Bruce L. Hudson
Bruce L. Hudson, Esq.
Delaware Bar No. 1003
Law Office of Bruce L. Hudson
800 N. King St., Suite 302
Wilmington, DE 19801

(302) 656-9850
delaw@brucehudsonlaw.com
Attorney for Plaintiffs