IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.H., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-193 (MPT) |
| | : | |
| v. | : | |
| | : | |
| THE CAPE HENLOPEN SCHOOL DISTRICT, GEORGE E. STONE, THE DELAWARE DEPARTMENT OF EDUCATION, and SECRETARY VALERIE A. WOODRUFF, | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION AND ORDER

At the request of counsel for defendant Cape Henlopen School District, it is hereby stipulated and agreed by and between the parties in the above-captioned matter that the briefing schedule for case dispositive motions shall be amended as follows:

1.    Reply briefs shall be filed by February 19, 2008.

Counsel for all parties certify that they have consulted with their respective clients about this request.

{*continued on next page*}

| CALLEGARY & STEEDMAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Wayne Steedman | /s/ Michael P. Stafford |
| Wayne Steedman, Esquire<br>201 North Charles Street, Suite 1402<br>Baltimore, MD 21201<br>Telephone: (410) 576-7606<br>wayne@callegarysteedman.com<br>Attorneys for Plaintiff C.H. | Barry M. Willoughby, Esquire (I.D. #1016)<br>Michael P. Stafford, Esquire (I.D. #4461)<br>The Brandywine Building<br>1000 West Street, 17th Floor, P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6666; (302) 571-6553<br>bwilloughby@ycst.com; mstafford@ycst.com<br>Attorneys for Cape Henlopen School District and Dr. George E. Stone |
| LAW OFFICE OF BRUCE HUDSON | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Bruce L. Hudson | /s/ Paula A. Fontello |
| Bruce L. Hudson, Esq. (No. 1003)<br>800 N. King Street, Suite 302<br>Wilmington, DE 19801<br>Telephone: (302) 656-9850<br>delaw@brucehudsonlaw.com<br>Delaware Local Counsel for Plaintiff C.H. | Paula A. Fontello, Esquire (I.D. No. 3732)<br>102 West Water Street<br>Dover, DE 19901<br>Telephone (302) 739-7641; (302) 739-7652<br>paula.fontello@state.de.us<br>Attorneys for the Delaware Department of Education and Secretary Valerie A. Woodruff |

SO ORDERED this _____ day of _____, 2008.

_____
United States Magistrate Judge