IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.H.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CAPE HENLOPEN SCHOOL<br>DISTRICT, et al.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-193-MPT<br>:<br>:<br>:<br>:<br>: |

### Order

At Wilmington, this **22nd** day of **July, 2008**

For the reasons contained in the Memorandum Opinion of the same date,

IT IS ORDERED and ADJUDGED, that plaintiff's motion for summary judgment (D.I. 29) is DENIED and that defendants' motion for summary judgment (D.I. 28) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE