ORIGINAL

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

C H by and through his parents
Timothy & Barbara Hayes
21055 Cubbage Pond Rd, Lincoln DE 19960

CHSD, George Stone Superintendent of Schools
DE Dept. of Ed. and
Valerie Woodruff, Sec. of Ed.

DISTRICT COURT
DOCKET NUMBER: 07-193-MPT

DISTRICT COURT
JUDGE: Magistrate Thynge

Notice is hereby given that Corey and Barbara Hayes
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on July 22, 2008
(date)

Dated: August 21, 2008

Barbara Hayes Pro Se
(Counsel for Appellant Signature)

Barbara Hayes pro se
(Name of Counsel - Typed)

21055 Cubbage Pond Road
(Address)

Lincoln, DE 19960
(City, State Zip)

(302) 424-4130
(Telephone Number)

Michael P. Stafford
(Counsel for Appellee)  1000 W. Street
The Brandywine Bldg. 17th floor
PO Box 391      (Address)
Wilmington, DE 19899-0391
(City, State Zip)

(302) 571-6600
(Telephone Number)

2008 AUG 21 PM 3:11
FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the
Notice of Appeal sheet.

Additional Counsel for Appellees

Jennifer Lynn Kline
Department of Justice
102 West Water Street
Dover, DE 19904
(302 0 739-7641

Mary L. Cooke
Department of Justice
102 West Water Street
Dover, DE 19904
(302) 739-7641



```
UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 153183 - DS
August 21, 2008


 Code     Case #       Qty    Amount

APPEALS  1-07-CV-193         455.00

Total ->                     455.00


FROM: BARBARA BATES
      CK#1985 WILM TRUST
      APPEAL FEE
      07-CV-193
```